JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN M. MALONE, AN INDIVIDUAL; EDWARD M. MALONE, AN INDIVIDUAL,<br><br>           Plaintiff,<br><br>  v.<br><br>MARRIOTT INTERNATIONAL, INC., A CORPORATION; MARRIOTT HOTEL SERVICES, INC., A CORPORATION; DOES 1 THROUGH 10, INCLUSIVE,<br><br>           Defendants. | Case No. EDCV 09-01980 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Judgment be entered in favor of Defendants on Plaintiff's Complaint.  The Court orders that such judgment be entered.

Dated: <u>October 29, 2010</u>

                                            VIRGINIA A. PHILLIPS
                                      United States District Judge